UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

<u>Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund</u>

Debtor:    CANDICE A. ATKINS

Chapter 7 Case No.    09-36809

Please Check One:

____ Unclaimed Dividends

__X__ **Distribution Less than $5**

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| PRINCETON FAIRVIEW NORTHLAND REGIONAL HOSPITAL<br>911 NORTHLAND DRIVE<br>PRINCETON, MN 55371 | 3 | $ 40.00 | $ 0.24 |
| CHASE BANK USA, N.A.<br>C/O CREDITORS BKY SVC<br>PO BOX 740933<br>DALLAS, TX 75374 | 7 | $ 527.09 | $3.20 |
| RECOVERY MANAGEMENT SYSTEMS CORP<br>FOR GE MONEY BANK<br>DBA JC PENNEY CREDIT SERVICES<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131 | 8 | $640.97 | $3.90 |

7.34

Date    9-27-10

J. Richard Stermer, Trustee